MORGAN, LEWIS & BOCKIUS LLP
Yardena R. Zwang-Weissman, Bar No. 247111
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Claire M. Lesikar, Bar No. 311180
claire.lesikar@morganlewis.com
1301 Second Ave., Suite 2800
Seattle, WA 98101
Tel:  +1.206.274.6400
Fax:  +1.206.274.6401

Attorneys for Defendant
Possible Financial, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY JENNIZA CRUZ-MONDRAGON,<br><br>Plaintiff,<br><br>vs.<br><br>POSSIBLE FINANCIAL, INC.,<br><br>Defendant. | Case No. 5:23-cv-00788-SP<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: May 4, 2023<br>Current Response Date: May 26, 2023<br>New Response Date: June 26, 2023 |

Defendant Possible Financial, Inc. ("Defendant"), and plaintiff Ashley Jenniza Cruz-Mondragon ("Plaintiff") ("Plaintiff," and together with Defendant, the "Parties") hereby stipulate as follows:

WHEREAS, pursuant to Fed. R. Civ. Proc. 81(c), the deadline for Defendant to respond to the Complaint is May 26, 2023;

WHEREAS, pursuant to Local Rule 8-3, the parties have agreed to extend the date for Defendant to respond to the Complaint by no more than thirty (30) days; and

WHEREAS, the Parties have not previously agreed to extend the response deadline; and

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendant, through their undersigned counsel, that Defendant's deadline to respond to the Complaint, by answer, motion, or otherwise, be extended up to and including June 26, 2023.

Dated: May 26, 2023            MARTIN & BONTRAGER

By */s/ Nicholas J. Bontrager*
Nicholas J. Bontrager

Attorney for Plaintiff
Ashley Jenniza Cruz-Mondragon

Dated: May 26, 2023            MORGAN, LEWIS & BOCKIUS LLP

By */s/ Yardena Zwang-Weissman*
Yardena Zwang-Weissman

Attorney for Defendant
Possible Financial, Inc.

Morgan, Lewis &
Bockius LLP

2

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 5:23-CV-788

<u>ATTESTATION OF FILER</u>

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Nicholas J. Bontrager, counsel for Plaintiff Ashley Jenniza Cruz-Mondragon, and that my Firm has obtained Mr. Bontrager's authorization to affix his electronic signature to this document.

Dated: May 26, 2023      /s/ *Yardena Zwang-Weissman*
                                   Yardena Zwang-Weissman