UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL    JS-6

Case No.   5:23-cv-00788-MEMF-MAA                     Date: November 2, 2023

Title   _Ashley Jenniza Cruz-Mondragon v. Possible Financial, Inc._

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Minute Order Dismissing Case for Failure to Prosecute**

On July 12, 2023, the parties file a Joint Notice of Settlement. ECF No. 13. On July 14, 2023, the Court ordered the parties to file either a notice of dismissal or a joint status update within 60 days. ECF No. 14. That deadline has passed, and the parties have made no further filings.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

Initials of Preparer   DBE